UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY JO PRATT # 522003,

    Petitioner,

v.

Case No.: 07-CV-15112
Honorable George Caram Steeh

SUSAN DAVIS,

    Respondent.
_____/

## JUDGMENT

The above-entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                              **DAVID J. WEAVER**
                              **CLERK OF THE COURT**

                              **BY: s/Josephine Chaffee**
                                    **DEPUTY COURT CLERK**

Dated: August 26, 2009